**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MINDY J. ZIED-CAMPBELL, DENNIS J. CAMPBELL, | : | No. 88 EM 2017 |
| | : | |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HUMAN SERVICES, BUREAU OF HEARINGS AND APPEALS, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of October, 2017, the Motion to Exceed Word Count Limit is DENIED. Petitioners have 30 days in which to submit a compliant Petition for Allowance of Appeal.